Order entered November 8 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00696-CR

### GUSTAVO RENE CASTILLO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-58463-Y**

## ORDER

The Court **GRANTS** court reporter Sharon Hazlewood's motion for extension of time to file the reporter's record.

We **ORDER** Ms. Hazlewood to file the reporter's record within **FIFTEEN DAYS** from the date of this order.

CAROLYN WRIGHT
CHIEF JUSTICE